April 16, 2010

Ms. Macey Reasoner Stokes
Baker & Botts L.L.P.
910 Louisiana Street, One Shell Plaza
Houston, TX 77002-4995

Ms. Deborah G. Hankinson
Hankinson Levinger LLP
750 N. St. Paul St., Suite 1800
Dallas, TX 75201

Ms. Julia F. Pendery
3030 LBJ Freeway, Suite 1630, LB 50
Dallas, TX 75234
Mr. Eric G. Walraven
Underwood, Perkins & Ralston, P.C.
5420 LBJ Freeway, Suite 1900
Dallas, TX 75240

Ms. Elana S. Einhorn
The University of Texas School of Law
P.O. Box 684154
Austin, TX 78768

RE: Case Number: 08-0528
 Court of Appeals Number: 13-06-00170-CV
 Trial Court Number: 02-2959-D

Style: THE JOHN G. AND MARIE STELLA KENEDY MEMORIAL FOUNDATION
 v.
 ANN M. FERNANDEZ

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. The
Unopposed Motion to Expedite is dismissed as moot. If you would like the
opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice O'Neill and Justice Guzman not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Patsy Perez |
| |Ms. Dorian E. |
| |Ramirez |